# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ROBERT KYLE, individually and on behalf of others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 4:20-cv-00062-SRB |
| v. | )<br>)<br>) |
| CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM, | )<br>)<br>) |
| Defendant. | ) |

## AMENDED DESIGNATION OF MEDIATOR

The parties have conferred with the MAP Director regarding their determination to change the date for mediation and the previously-selected mediator. The MAP Director has approved the request of the parties to have James Betts of Tampa, Florida, mediate the case on January 13, 2021, beginning at 9:00 a.m. ET.

In light of the COVID-19 pandemic, the parties anticipate conducting the mediation via remote phone or video, to the extent permitted.

Dated: October 5, 2020

Respectfully submitted,

CHARTER COMMUNICATIONS, INC.
d/b/a SPECTRUM

ROBERT KYLE, individually and on behalf of others similarly situated

By: */s/ Matthew D. Guletz* (with consent)
    Matthew D. Guletz    #57410
    THOMPSON COBURN LLP
    One U.S. Bank Plaza, Suite 2700
    St. Louis, MO 63101
    Telephone: (314) 552-6000
    mguletz@thompsoncoburn.com

*Counsel for Defendant*

By: */s/ Alexander H. Burke*
    Alexander H. Burke (*pro hac vice*)
    Daniel J. Marovitch (*pro hac vice*)
    BURKE LAW OFFICES, LLC
    909 Davis St., Suite 500
    Evanston, IL 60201
    Telephone: (312) 729-5288
    aburke@burkelawllc.com
    dmarovitch@burkelawllc.com

John F. Edgar     #47128
Brendan M. McNeal  #69226
EDGAR LAW FIRM LLC
2600 Grand Blvd., Suite 440
Kansas City, MO 64108
Telephone: (816) 531-0033
jfe@edgarlawfirm.com
bmm@edgarlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                */s/ Alexander H. Burke*

2

Case 4:20-cv-00062-SRB   Document 41   Filed 10/05/20   Page 2 of 2