IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROBERT KYLE and JO ANN TREUMANN, individually and on behalf of others similarly situated,<br>        Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM,<br>        Defendant. | Case No. 4:20-cv-00062<br><br><br><br>Hon. Judge Stephen R. Bough |

## NOTICE OF SETTLEMENT

The parties hereby give notice that they have reached an agreement in principle for the resolution of Plaintiffs' claims on an individual basis. The parties respectfully request that the Court stay these proceedings for 45 days, to afford the parties sufficient time to draft and finalize their agreement.

Dated: October 11, 2021

CHARTER COMMUNICATIONS, INC.

By: /s/ *Matthew D. Guletz* (w/ consent)
    Matthew D. Guletz, #57410
    THOMPSON COBURN LLP
    One US Bank Plaza
    St. Louis, MO 63101
    Telephone: (314) 552-6000
    mguletz@thompsoncoburn.com

*Counsel for Defendant*

Respectfully submitted,

ROBERT KYLE and JO ANN TREUMANN

By: /s/ *Alexander H. Burke*
    Alexander H. Burke (pro hac vice)
    Daniel J. Marovitch (pro hac vice)
    BURKE LAW OFFICES, LLC
    909 Davis St., Suite 500
    Evanston, IL 60201
    Telephone: (312) 729-5288
    aburke@burkelawllc.com
    dmarovitch@burkelawllc.com

    John F. Edgar      #47128
    Brendan M. McNeal  #69226
    EDGAR LAW FIRM LLC
    2600 Grand Blvd., Suite 440
    Kansas City, MO 64108
    Telephone: (816) 531-0033

jfe@edgarlawfirm.com
bmm@edgarlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Alexander H. Burke*