IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROBERT KYLE and JO ANN TREUMANN, individually and on behalf of others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM, <br> Defendant. | Case No. 4:20-cv-00062-SRB |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties to this action, acting through their counsel, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs. The claims of the putative, uncertified class are dismissed without prejudice.

Dated: February 15, 2022

CHARTER COMMUNICATIONS,
INC. d/b/a SPECTRUM

By: */s/ Matthew D. Guletz (by consent)*
    Matthew D. Guletz
    THOMPSON COBURN LLP
    One US Bank Plaza
    St. Louis, MO 63101
    Telephone: (314) 552-6311
    mguletz@thompsoncoburn.com

    *Counsel for Defendant*

Agreed to and respectfully submitted,

ROBERT KYLE and JO ANN
TREUMANN, individually and on behalf of
others similarly situated

By: */s/ Alexander H. Burke*
    Alexander H. Burke (*pro hac vice*)
    Daniel J. Marovitch (*pro hac vice*)
    BURKE LAW OFFICES, LLC
    909 Davis St., Suite 500
    Evanston, IL 60201
    Telephone: (312) 729-5288
    aburke@burkelawllc.com
    dmarovitch@burkelawllc.com

    John F. Edgar    #47128
    EDGAR LAW FIRM LLC
    2600 Grand Blvd., Suite 440
    Kansas City, MO 64108

Telephone: (816) 531-0033
jfe@edgarlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                               */s/ Alexander H. Burke*